No. 898. MARYLAND AND VIRGINIA MILK PRODUCERS ASSOCIATION, INC., v. UNITED STATES; and

No. 942. UNITED STATES v. MARYLAND AND VIRGINIA MILK PRODUCERS ASSOCIATION, INC. Appeals from the United States District Court for the District of Columbia. Probable jurisdiction noted. *William J. Hughes, Jr., Herbert A. Bergson, Daniel J. Freed* and *Daniel H. Margolis* for the Maryland and Virginia Milk Producers

928

Association, Inc. *Howard Adler, Jr.* was with them in No. 898. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Charles H. Weston* and *Edna Lingreen* for the United States.